

# Fourth Court of Appeals
## San Antonio, Texas

March 17, 2014

No. 04-12-00379-CR

Stephen **RICHARDSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR10629
Honorable Ray Olivarri, Judge Presiding

# O R D E R

Sitting: Catherine Stone, Chief Justice
        Sandee Bryan Marion, Justice
        Rebeca C. Martinez, Justice

On October 16, 2013, this court issued an opinion affirming the trial court's judgment. On February 4, 2014, the Court of Criminal Appeals informed this court that although it had granted appellant an extension of time to file a petition for discretionary review until January 14, 2014, the time had expired. Our mandate issued on February 5, 2014. On March 10, 2014, appellant filed a pro se "Unsworn Declaration by Offender," which we construe as a motion for rehearing because he asks this court to overturn his case and/or offer another fair plea bargain.

A motion for rehearing must be filed within fifteen days after the court of appeals renders its judgment. TEX. R. APP. P. 49.1. Because appellant's motion is not timely, we DENY the motion.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of March, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court